**MINUTE ENTRY**
**LEMELLE, J.**
SEPTEMBER 13, 2010

JS-10:  6:15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**KIM M. CAZES**                                                                                    **CIVIL ACTION**

**VERSUS**                                                                                                **NO.  09-5456**

**EUSTIS INSURANCE, INC.**                                                             **SECTION "B" (3)**

## JURY TRIAL

Courtroom Deputy:    Barry Johnson
Court Reporter:          Vic DiGiorgio

APPEARANCES:       Dale Edward Williams for plaintiff
                                    Kim M. Cazes, plaintiff
                                    Edward F. Harold for defense

Court begins at 8:46 a.m.
Case called; all present and ready.
Counsel appear for the record.
Jury sworn on oath of voir dire.  Examination begins;  __7__ jurors selected.
Stipulation of Jury Less Than __7__ But Not Less Than __6__ executed by the parties.
Jury found acceptable; sworn on oath to truly try case.
Motion # to amend witness list - GRANTED with conditions
Sequestration order given by the Court.
All unobjected to plaintiff and defense exhibits admitted.
Court breaks at 10:08 a.m. to 10:37 a.m.
Opening statements made by the parties.
Plaintiff's witnesses: Kris Marino, Dominique Cazes, III, Mary Albano, Joan Andry, Kim Cazes, sworn and testified.
Defense objected to exhibits D2, D3, D19, D25, D10 - D-17, D-28, D-29, D-32, D-36, D-37 offered and admitted.
Court recesses for lunch at 12:30 p.m.; court resumes at 1:49 p.m.
Court recesses 4:08 p.m. to 4:30 p.m.
Trial continued to Tuesday, September 14, 2010  at 8:30 a.m.
Court adjourned at 5:11 p.m.