```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

KIM M. CAZES                                        CIVIL ACTION

VERSUS                                              NO. 09-5456

EUSTIS INSURANCE, INC.                              SECTION "B"(3)

### ORDER

Considering the Motion of Alexis Waguespack, M.D. to Quash Subpoena and for Sanctions (Rec. Doc. No. 45),

**IT IS ORDERED** that said motion is hereby **GRANTED IN PART AND DENIED IN PART.** Dr. Waguespack is hereby excused from personal attendance due to insufficient notice. Plaintiff's medical records shall be produced to Plaintiff's counsel at said counsel's expense for reasonable copy costs. The request for sanctions is hereby **DENIED.**

New Orleans, Louisiana, this 14th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE