UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIM M. CAZES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-5456** |
| **EUSTIS INSURANCE, INC.** | **SECTION "B"(3)** |

<u>**JUDGMENT**</u>

The above-captioned matter came for trial by jury before the undersigned District Judge from September 13, 2010 to September 14, 2010.  A verdict having been duly rendered by the jury,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that there be judgment in **favor** of Plaintiff and **against** Defendant, awarding Plaintiff $66,000 for wages, salary, employment benefits, or other compensation denied or lost and $50,000 for emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

**IT IS FURTHER ORDERED** that the Court specifically reserves jurisdiction to determine the issue of attorneys' fees, costs, and interest having both Plaintiff's motion on the issue of Attorney's Fees and Interest (Rec. Doc. No. 48) and Defendant's memorandum in opposition thereto (Rec. Doc. No. 51) currently set for hearing before this Court.

New Orleans, Louisiana, this 7th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE