**MINUTE ENTRY**
**LEMELLE, J.**
**DECEMBER 8, 2010**

| JS-10:   :45 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KIM M. CAZES**                                             **CIVIL ACTION**

**VERSUS**                                                   **NO. 09-5456**

**EUSTIS INSURANCE INC.**                                    **SECTION "B" (3)**

### MOTION HEARING

Courtroom Deputy:   Barry J. Johnson
Court Reporter:     Susan Zielie

APPEARANCES:        Dale E. Williams for plaintiff
                    Edward F. Harold for defendnat

Court begins at 9:25 a.m.
Case called; all present and ready.
Counsel appear for the record.
Oral argument by the parties.
Motion for new trial Rec. Doc. #60 and Rec. Doc. #62 - DENIED
Motion for Judgement as Matter of Law - Rec. Doc. #63 - DENIED
Motion for plaintiff's attorney fees - Rec. Doc. 48 - GRANTED
See Order of Court
Court adjourned at 10:10 a.m.