UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIM M. CAZES** | * CIVIL ACTION |
| **VERSUS** | * NO. 09-5456 |
| **EUSTIS INSURANCE, INC.** | * SECTION "B"(3) |

<u>ORDER</u>

Oral argument was held on December 8, 2010 with counsel for the parties present, concerning Plaintiff's Motion for New Trial (Rec. Doc. No. 60); Plaintiff's Motion for Attorney's Fees (Rec. Doc. No. 61); Defendant's Motion for New Trial and or Remittitur (Rec. Doc. No. 62); and Defendant's Motion for Judgment as a Matter of Law or Alternatively New Trial (Rec. Doc. No. 63). Accordingly, and for oral reasons rendered,

**IT IS ORDERED** that Plaintiff's Motion for New Trial (Rec. Doc. No. 60) is hereby **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's Motion for New Trial and or Remittitur, and Defendant's Motion for Judgment as a Matter of Law or Alternatively New Trial (Rec. Doc. Nos. 62, 63) are hereby **DENIED;**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees and Interest (Rec. Doc. No. 48) and Plaintiff's First Motion for Supplemental Attorney's Fees (Rec. Doc. No. 61) are hereby **GRANTED** to the extent that Plaintiff's counsel is awarded $45,010.69 in attorney's fees calculated at an hourly

rate of $225.00 per hour for 235.35 hours and discounted by the reasonable percentage of 15%.  The motions are **DENIED** to the extent that no prejudgment interest is awarded.

New Orleans, Louisiana, this 20th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE