UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIM M. CAZES                                              * CIVIL ACTION

VERSUS                                                    * NO. 09-5456

EUSTIS INSURANCE, INC.                                    * SECTION "B"(3)

### JUDGMENT

In light of this Court's Order of December 20, 2010 denying Plaintiff's Motion for New Trial (Rec. Doc. No. 60), Defendant's Motion for New Trial and or Remittitur (Rec. Doc. No. 62), and Defendant's Motion for Judgment as a Matter of Law or Alternatively New Trial (Rec. Doc. No. 63) and granting Plaintiff's Motion for Attorney's Fees and Interest (Rec. Doc. No. 48) and Plaintiff's First Motion for Supplemental Attorney's Fees (Rec. Doc. No. 61),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Court's Order granting a stay of execution of the judgment entered on October 7, 2010 (Rec. Doc. No. 64) is hereby **VACATED** and judgment is hereby entered in **favor** of Plaintiff and **against** Defendant in accordance with the October 7, 2010 judgment of this Court (Rec. Doc. No. 52) and attorney's fees are awarded in accordance with this Court's Order of December 20, 2010 (Rec. Doc. No. 76). Any remaining motions are hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 20th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE